FILED'08 MAR 18 15:47 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ABC SUPPLY CO., INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>COMPWEST ROOFING SYSTEMS, INC., an Oregon corporation; JEFFREY W. BUEHNER, a resident of Oregon, and Randall N. Gardner, a resident of Oregon,<br><br>             Defendants. | Civil No. 07-654-JO<br><br>O R D E R |

JONES, Judge:

Based upon plaintiff's motion (#41) for attorney fees and costs and there being no response by the defendants,

IT IS HEREBY ORDERED plaintiff is awarded attorney fees in the amount of $13,363.50. A Bill of Costs in the amount of $433.20 has been entered separately.

DATED this ___ day of March, 2008.

_____
ROBERT E. JONES
U.S. District Judge